# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **5:26-cv-05404-AJR** | Date | October 8, 2026 |
| Title | I.J.S. v. Angie Salazar, et al. | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |

| | |
|---|---|
| L. Krivitsky | C/S 10/8/2026 |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys for Petitioner(s): | Attorneys for Respondent(s): |
| Cynthia Isabel Felix, Esq.<br>I.J.S. (Petitioner)<br>Erica Santamaria (Next friend and proposed guardian *ad litem*)<br>Martha Elena Prado (Observer) | Nathan Paul Dehnert, AUSA |

**Proceedings:** MINUTES OF STATUS VIDEOCONFERENCE AND ORDER SCHEDULING FURTHER STATUS VIDEOCONFERENCE

On October 8, 2026, the Court held a Status Conference with the parties to discuss the status of the case. After conferring with the parties, the Court ordered as follows:

1. Petitioner shall file a petition for appointment of guardian *ad litem* pursuant to Local Rule 17-1.

2. The parties shall meet and confer to discuss the list of pending items that are preventing a final determination by the Office of Refugee Resettlement ("ORR") on the application of Petitioner's mother to serve as a sponsor such that Petitioner can be released to her mother's custody. The parties are directed to work expeditiously to narrow the list of pending items with the goal of reaching a final determination by ORR as quickly as possible. The parties are directed to file a Joint Status Report updating the Court on their efforts and current status no later than **October 14, 2026**.

3. A further Status Conference is scheduled by Zoom for **October 19, 2026, at 9:00 a.m.** The Court will arrange for a Spanish-language interpreter to assist Petitioner at the hearing.

IT IS SO ORDERED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **5:26-cv-05404-AJR** | Date | October 8, 2026 |
| Title | I.J.S. v. Angie Salazar, et al. | | |

| | |
|---|---|
| | 0:36 |
| **Initials of Preparer** | LK |